Opinion issued March 19, 2026



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00542-CV

_____

### EULA MACK, Appellant

### V.

### AMH 2015-1 BORROWER, LP, Appellee

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1250402**

---

## MEMORANDUM OPINION

Appellant Eula Mack, proceeding pro se, filed a notice of appeal from the trial court's final judgment signed on May 20, 2025. Appellant's brief was originally due on September 19, 2025. Appellant was granted multiple extensions to file her brief. On March 3, 2026, we granted appellant the last extension to file a brief, making the

brief due on March 13, 2026. We informed appellant that no further extensions would be granted and that her appeal was subject to dismissal. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). Appellant failed to file her appellate brief by the stated deadline. *See* TEX. R. APP. P. 38.6(a), 38.8(a).

We dismiss the appeal for want of prosecution for failure to file a brief. *See* TEX. R. APP. P. 38.8(a), 42.3(b)–(c), 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Gunn, Caughey, and Morgan.